UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:16-cr-195-T-23JSS

MAYORY CALVO
_____/

### ORDER

THIS MATTER is before the Court on Defendant's Unopposed Motion to Discharge Bond. (Dkt. 50.) On May 13, 2016, Defendant, Mayory Calvo, appeared in the U.S. District Court for the Southern District of Florida and was granted pretrial release subject to conditions. (Dkts. 6, 8.) Specifically, as a condition of her pretrial release, Defendant filed a $5,000 appearance cash bond. (Dkt. 8.) Jose Gregorio Carett, remitter of the bond, assigned the cash collateral to Defendant's attorney, Tim Bower Rodriguez. (Dkt. 50, Ex. B.) On December 7, 2016, Defendant was found guilty and received her sentence. (Dkts. 45, 46.) As a result of Defendant being sentenced, all of her bond obligations have been satisfied. Accordingly, it is **ORDERED** that Defendant's Unopposed Motion to Discharge Bond (Dkt. 50) is **GRANTED**. The bond obligations of Defendant are hereby discharged, and the cash portion of the bond shall be returned to Mr. Rodriguez as the designated assignee of Mr. Carett.

**DONE** and **ORDERED** in Tampa, Florida, on April 19, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record